BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner, UNITED STATES OF AMERICA

R. TODD LUOMA (Cal. State Bar No. 140066)
BETTY J. WILLIAMS (Cal. State Bar No. 224793)
Law Office of Williams & Associates, PC
3600 American River Drive, Suite 135
Sacramento, CA 95864
(916) 488-8501
(916) 488-8196 fax
todd@williamslawassociates.com
betty@williamslawassociates.com

Attorneys for Respondent, NORA BRAYSHAW

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>NORA BRAYSHAW,<br><br>Respondent. | CASE NO.  2:14-MC-00088-MCE-KJN<br><br>**CONSENT ORDER INITIATING COMPLIANCE WITH INTERNAL REVENUE SERVICE SUMMONS**<br><br>Date:  Aug. 7, 2014<br>Time:  10:00 a.m.<br>Ctrm:   25 (Judge Newman) |
|---|---|

The parties, by and through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court as provided for herein, as follows:

1. That Respondent, NORA BRAYSHAW, shall appear in Redding, California at a date, time, and place set by agreement or in writing by Revenue Agent Crystal Langston or any other proper officer or employee of the Internal Revenue Service, and shall testify concerning the matters inquired into by the summons issued by investigating Revenue Agent Crystal Langston on May 29, 2013.

2. That Respondent withdraws the service defense asserted in her Response filed July 28,

CONSENT ORDER ENFORCING INTERNAL
REVENUE SERVICE SUMMONS                                                                                                  1

2014.

3. That document production, and testimony occasioned by document production, be dealt with in future orders.

4. That the hearing set for August 7, 2014, at 10:00 a.m., before Judge Newman, be CONTINUED until August 21, 2014, at 10:00 a.m.

Dated:  August 5, 2014                                    BENJAMIN B. WAGNER
                                                                              United States Attorney

                                                               By:  */s/ YHimel*
                                                                              YOSHINORI H. T. HIMEL #66194
                                                                              Assistant United States Attorney

Dated: _August 6, 2014                                   LAW OFFICE OF WILLIAMS
                                                                              & ASSOCIATES, PC

                                                               By:  */s/ R. Todd Luoma*
                                                                              R. TODD LUOMA (Cal. State Bar No. 140066)

## ORDER

1.  Respondent, NORA BRAYSHAW, shall appear in Redding, California at a date, time, and place set by agreement or in writing by Revenue Agent Crystal Langston or any other proper officer or employee of the Internal Revenue Service, and shall testify concerning the matters inquired into by the summons issued by investigating Revenue Agent Crystal Langston on May 29, 2013.

2. Respondent has withdrawn the service defense asserted in her Response filed July 28, 2014.

3. Document production, and testimony occasioned by document production, shall be dealt with in future orders.

4. The hearing set for August 7, 2014, at 10:00 a.m., before Judge Newman, is CONTINUED until August 21, 2014, at 10:00 a.m.

CONSENT ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS                                                    2

1
2     It is APPROVED and SO ORDERED.

3  Dated:  August 6, 2014

4  
                                    _____
5                                   KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE