BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2775
Facsimile: (916) 554-2900
Email: Bobbie.Montoya@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-mc-00088-MCE-KJN |
|---|---|
| Petitioner, | **AMENDED ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT** |
| v. | |
| NORA BRAYSHAW, | Date: June 16, 2016<br>Time: 2:00 p.m.<br>Crtm: 7 (14th Floor)<br>Hon. Chief Judge Morrison C. England, Jr. |
| Respondent. | |

Upon the Petition of BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, including the Declaration of I.R.S. Revenue Agent Crystal Langston, it is hereby:

ORDERED that the Respondent, NORA BRAYSHAW, appear before United States District Chief Judge Morrison C. England, Jr., in the Robert T. Matsui United States Courthouse, 501 I Street, Courtroom 7 (14th Floor), Sacramento, California, on June 16, 2016, at 2:00 p.m., and that Respondent show cause as follows:

1. Why Respondent, NORA BRAYSHAW, should not be held in civil contempt of this Court for her failure to comply with the Order filed September 15, 2014, ECF No. 11, directing Respondent to comply with the I.R.S. summons issued on May 29, 2013.

////

ORDER TO SHOW CAUSE
RE: CIVIL CONTEMPT

1

2. Why the Respondent should not be incarcerated and ordered to pay a daily fine until she complies with the Order, and ordered to pay a compensatory fine to the United States.

IT IS FURTHER ORDERED that within seven (7) calendar days after the filing of this Order, the Respondent shall file and serve a written Response to the Order Adopting Findings and Recommending Enforcement of the Internal Revenue Summons filed September 15, 2014.  Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition will be considered admitted.

Respondent is hereby notified that a failure to comply with the Order will subject Respondent to possible further sanctions for contempt of Court.

IT IS SO ORDERED.

Dated: May 4, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT