PHILLIP A. TALBERT
Acting United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2775

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-MC-00088-MCE-KJN |
|---|---|
| Petitioner, | STIPULATION AND ORDER TO CONTINUE SHOW CAUSE HEARING |
| v. | |
| NORA BRAYSHAW, | Current Date:  July 28, 2016, 2:00 p.m.<br>New Date:  August 25, 2016, 2:00 p.m. |
| Respondent. | |

Petitioner United States of America and Respondent Nora Brayshaw, by and through their undersigned counsel, hereby agree and STIPULATE, subject to the Court's approval, that the show cause hearing currently scheduled for July 28, 2016, be continued to August 25, 2016, at 2:00 p.m., in Courtroom No. 7 (14th Floor) of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: Jul7 19, 2016      PHILLIP A. TALBERT
                          Acting United States Attorney


                          Bobbie J. Montoya
                          BOBBIE J. MONTOYA
                          Assistant United States Attorney

                          Attorneys for Petitioner

Stipulation and Order to Continue Show Cause Hearing          1

DATED: July 19, 2016                Law Office of Williams & Associates, PC

                                    R. Todd Luoma
                                    R. TODD LUOMA

                                    Attorneys for Respondent

### ORDER

Based on the foregoing stipulation between the parties, the show cause hearing currently scheduled for July 28, 2016, shall be continued to August 25, 2016, at 2:00 p.m., in Courtroom No. 7 (14th Floor) of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California.

IT IS SO ORDERED.

Dated: July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Show Cause Hearing        2