1  R. TODD LUOMA (Cal. State Bar No. 140066)
   BETTY J. WILLIAMS (Cal. State Bar No. 224793)
2  Law Office of Williams & Associates, PC
   3600 American River Drive, Suite 135
3  Sacramento, California  95864
   (916) 488-8501
4  (916) 488-8196 fax
   todd@williamstaxlaw.com
5  betty@williamstaxlaw.com

6  Attorneys for Respondent

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 2:14-mc-00088-MCE-KJN
                                    )
12                                  )
                                    )
13         Petitioner,               )   STIPULATION AND ORDER TO CONTINUE
                                    )   SHOW CAUSE HEARING
14                                  )
   vs.                              )
15                                  )   Current Date:  August 25, 2016, 2:00 p.m.
                                    )   New Date:      October 20, 2016, 2:00 p.m.
16 NORA BRAYSHAW,                    )
                                    )
17         Respondent.               )
                                    )
18                                  )
                                    )
19

20      With additional information provided by the Internal Revenue Service, Respondent Nora

21 Brayshaw has requested that UBS Financial Services seek records from its archives that pre-date

22 2005 and extend back to 1988.  UBS Financial Services advised respondent that it has assigned a

23 team to search its archived records to locate and produce additional documents responsive to the

24 request by the Internal Revenue Service.

25      In order to permit adequate time for UBS Financial Services to locate, produce and deliver

26 the archived records, the parties will require additional time before the Court hears the continued

27 Show Cause Petition filed by Petitioner United States of America.

28      Therefore, Petitioner United States of America and Respondent Nora Brayshaw hereby agree

                                        1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SHOW CAUSE HEARING

and STIPULATE, subject to the Court's approval, that the show cause hearing currently scheduled for August 25, 2016, at 2:00 p.m., be continued to October 20, 2016, at 2:00 p.m., in Courtroom No. 7 (14th Floor) in the Robert T. Matsui Courthouse, 501 I Street, Sacramento, California.

It is so STIPULATED.

Respectfully submitted,

Dated: August 22, 2016

/s/ R. Todd Luoma
R. TODD LUOMA
Attorneys for Respondent


PHILLIP A. TALBERT
Acting United States Attorney

Dated: August 22, 2016

/s/ Bobbie J. Montoya (authorized by e-mail)
BOBBIE J. MONTOYA
Assistant United States Attorney

Attorneys for Petitioner


ORDER

Based on the foregoing stipulation between the parties, the show cause hearing currently scheduled for August 25, 2016, shall be continued to October 20, 2016, at 2:00 p.m., in Courtroom No. 7 (14th Floor) of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California.

IT IS SO ORDERED.

Dated: August 22, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE