PHILLIP A. TALBERT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2775

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>NORA BRAYSHAW,<br><br>    Respondent. | Case No. 2:14-MC-00088-MCE-KJN<br><br>STIPULATION AND ORDER TO CONTINUE SHOW CAUSE HEARING<br><br>Current Date:   May 4, 2017, 2:00 p.m.<br>New Date:       May 18, 2017, 2:00 p.m. |

    Petitioner United States of America and Respondent Nora Brayshaw, by and through their undersigned counsel, hereby agree and STIPULATE, subject to the Court's approval, that the show cause hearing currently scheduled for May 4, 2017, be continued to May 18, 2017, at 2:00 p.m., in Courtroom No. 7 (14th Floor) of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California.

    IT IS SO STIPULATED.

                                                            Respectfully submitted,

DATED: May 4, 2017                PHILLIP A. TALBERT
                                                      United States Attorney

                                                        */s/ Bobbie J. Montoya*

                                                      BOBBIE J. MONTOYA
                                                      Assistant United States Attorney

                                                      Attorneys for Petitioner

DATED: May 4, 2017    LAW OFFICES OF J. CRAIG DEMETRAS

*/s/ J. Craig Demetras*  (authorized by 5/3/17 email)
_____
J. CRAIG DEMETRAS

Attorneys for Respondent

ORDER

Based on the foregoing stipulation between the parties, the show cause hearing currently scheduled for May 4, 2017, shall be continued to May 18, 2017, at 2:00 p.m., in Courtroom No. 7 (14th Floor) of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California.

IT IS SO ORDERED.

Dated: May 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE