PHILLIP A. TALBERT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2775

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>NORA BRAYSHAW,<br><br>Respondent. | Case No. 2:14-MC-00088-MCE-KJN<br><br>STIPULATION AND ORDER TO CONTINUE SHOW CAUSE HEARING<br><br>Current Date: May 18, 2017, 2:00 p.m.<br>New Date: June 1, 2017, 2:00 p.m. |

Petitioner United States of America and Respondent Nora Brayshaw, by and through their undersigned counsel, hereby agree and STIPULATE, subject to the Court's approval, that the show cause hearing currently scheduled for May 18, 2017, be continued to June 1, 2017, at 2:00 p.m., in Courtroom No. 7 (14th Floor) of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California. The continuance is needed because counsel for Respondent suffered the death of a very close personal acquaintance whose funeral that he wants to attend is scheduled for May 18.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: May 16, 2017

PHILLIP A. TALBERT
United States Attorney

 */s/ Bobbie J. Montoya*

BOBBIE J. MONTOYA
Assistant United States Attorney

Attorneys for Petitioner

DATED: May 16, 2017                    LAW OFFICES OF J. CRAIG DEMETRAS

*/s/ J. Craig Demetras*
_____
J. CRAIG DEMETRAS
Attorneys for Respondent

ORDER

Based on the foregoing stipulation between the parties, the show cause hearing currently scheduled for May 18, 2017, shall be continued to June 1, 2017, at 2:00 p.m., in Courtroom No. 7 (14th Floor) of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California.

IT IS SO ORDERED.

Dated: May 17, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE